THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5
(erroneously sued as "Wells Fargo Bank, N.A.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYBELLE SAN MIGUEL,<br><br>                 Plaintiff,<br><br>        v.<br><br>SELECT PORTFOLIO SERVICING, INC.; WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>                 Defendants. | Case No. 2:16-cv-03034-TLN-CKD<br><br>FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER |

**TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

Plaintiff Maybelle San Miguel ("Plaintiff") and Defendants Select Portfolio Servicing, Inc. and Wells Fargo Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5 (erroneously sued as "Wells Fargo Bank, N.A.") ("Defendants"), by and through their counsel of record, hereby stipulate to an additional two-week extension of time for Defendants to respond to Plaintiff's Complaint. One previous two-week extension has been granted by Plaintiff. Pursuant to this stipulation, Defendants' deadline to respond is extended from January 18, 2017 to and through February 1, 2017.

Plaintiff and Defendants so stipulate.

DATED: January 17, 2017

STOEL RIVES LLP

By: /s/ Tiffanie C. de la Riva
THOMAS A. WOODS
TIFFANIE C. DE LA RIVA
Attorneys for Defendant
Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5 (erroneously sued as "Wells Fargo Bank, N.A.")

DATED: January 17, 2017

KETTNER LAW CORPORATION

By: /s/Marc Applbaum (as authorized on January 17, 2017)
MARC APPLBAUM
Attorneys for Plaintiff
Maybelle San Miguel

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT Defendants' time to respond to Plaintiff's Complaint is extended to and through February 1, 2017.

IT IS SO ORDERED.

Date: January 18, 2017

_____
Troy L. Nunley
United States District Judge