THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendants
Select Portfolio Servicing, Inc.; Wells Fargo Bank,
N.A., as Trustee for Structured Asset Mortgage
Investments II Inc. Bear Stearns Mortgage Funding
Trust 2006-AR5, Mortgage Pass-Through
Certificates, Series 2006-AR5
(erroneously sued as "Wells Fargo Bank, N.A.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAYBELLE SAN MIGUEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SELECT PORTFOLIO SERVICING, INC.; WELLS FARGO BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-03034-TLN-CKD<br><br>**STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Action Filed:　　November 17, 2016 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY INITIAL CASE
MANAGEMENT SCHEDULING ORDER; ORDER

CASE NO. 2:16-CV-03034-TLN-CKD

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Maybelle San Miguel ("Plaintiff") and Defendants Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A, as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5's (erroneously sued as "Wells Fargo Bank, N.A.") ("Wells Fargo") (collectively, "Defendants"), hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

1. On November 17, 2016, Plaintiff filed this action in the Sacramento County Superior Court. ECF No. 1. On December 28, 2016, SPS removed this action to this Court. *Id.*

2. On March 9, 2017, the Court issued a Pretrial Scheduling Order. ECF No. 10. The following deadlines apply pursuant to this Order:

    a. October 31, 2017 deadline to complete fact discovery;

    b. December 28, 2017 deadline to designate expert witnesses; and

    c. April 19, 2018 deadline to file dispositive motions.

3. On March 9, 2017, Defendants filed its Motion To Dismiss. ECF No. 11.

4. On May 12, 2017, the Court entered a Minute Order stating that Defendants' Motion to Dismiss was submitted without oral argument.

5. As of October 2017, the Court has not ruled on the Motion to Dismiss. The pleadings are not yet "at issue." Despite this, Defendants have engaged in some, but not all, of their discovery given that the allegations ultimately at issue in the case may change.

6. The parties submit that good cause exists to continue for 120-days the October 31, 2017 deadline to complete fact discovery[1] because, in an effort to limit costs and to litigate this action in the most efficient means possible, the certain fact discovery while the Court was considering Defendants' Motion To Dismiss has been delayed.

---

[1] The Parties believe it prudent to extend the expert designation deadline to close at a time sufficiently after the close of the fact discovery deadline. The Parties therefore propose a 90-day extension of the expert designation deadline to March 28, 2018. As far as the Parties can see, neither of these extensions interfere with the other deadlines in the case associated with dispositive motions, the pre-trial conference or trial dates.

7. The trial date is set for October 1, 2018. ECF No. 10. Continuing the fact discovery deadline for 120-days and expert designation deadline for 90-days does not appear to interfere with the District Court's calendar.

8. Neither party has previously submitted a request to continue any dates in the Initial Pretrial Scheduling Order.

## STIPULATIONS

The Parties stipulate to a 120-day continuance of the October 31, 2017 fact discovery deadline; and 90-day continuance of the expert designation deadline.

Plaintiff and Defendants so stipulate.

DATED: October 27, 2017            STOEL RIVES LLP

By: /s/ Tiffanie C. de la Riva
THOMAS A. WOODS
TIFFANIE C. DE LA RIVA
Attorneys for Defendant
Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series 2006-AR5
(erroneously sued as "Wells Fargo Bank, N.A.")

DATED: October 27, 2017            KETTNER LAW

By: /s/ Marc Applbum (as authorized on 10/27/17)
MARC APPLBAUM
Attorneys for Plaintiff
MAYBELLE SAN MIGUEL

# **ORDER**

Pursuant to the terms of the foregoing stipulation, the Court extends the fact discovery deadline 120-days: from October 31, 2017 to February 28, 2018. The Court also extends the expert designation deadline 90-days: from December 28, 2017 to March 28, 2018.

IT IS SO ORDERED.

Dated: October 30, 2017

_____
Troy L. Nunley
United States District Judge